**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| BRYAN D. WINTER, on behalf of himself and all others similarly situated, | ) ) ) Case No. 4:25-cv-00299-SRC |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| EDWARD D. JONES & CO., L.P., THE JONES FINANCIAL COMPANIES, L.L.L.P., and EDJ HOLDING COMPANY, INC., | ) ) ) ) ) ) |
| Defendants. | ) ) ) |

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Bryan Winter and Defendants Edward D. Jones & Co., L.P., The Jones Financial Companies, L.L.L.P., and EDJ Holding Company, Inc. (collectively, the "Parties"), by and through their undersigned counsel, hereby jointly stipulate to voluntary dismissal of the operative complaint, with prejudice.

Dated: July 22, 2026

**CALABRO | LAW OFFICE**

*/s/  J. Toji Calabro*

J. Toji Calabro #66574MO
Attorney for Plaintiff
Two Pershing Square
2300 Main Street, 9th Floor
Kansas City, Missouri 64108
Phone: (888) 585-1247
Email: tojicalabro@calabro-law.com

*Attorney for Plaintiff*

**LITTLER MENDELSON, P.C.**

*/s/  Patricia J. Martin*

Patricia J. Martin, MO #57420
7777 Bonhomme Ave, Suite 1220
St. Louis, Missouri 63105
Telephone: 314.659.2000
pmartin@littler.com

Orly Henry, #6306153IL
321 N. Clark Street
Chicago, Illinois 60654
Telephone: 312.846.7041
ohenry@littler.com

Kimberly R. Miers, pro hac vice
Texas Bar No. 24041482
100 Congress Avenue, Suite 1400
Austin, Texas 78701
Telephone: 512.982.7250
kmiers@littler.com

**DOWD BENNETT LLP**

James F. Bennett, MO #46826
Lisa Bertain, #124646CA
Philip A. Cantwell, MO #65505
7676 Forsyth Blvd., Suite 1900
St. Louis, Missouri 63105
Telephone: 314.889.7300
jbennett@dowdbennett.com
lbertain@dowdbennett.com
pcantwell@dowdbennett.com

*Attorneys for Defendants*